**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Saul ACUNA–ACOSTA, a.k.a. El Guero,**
**a.k.a. El Primo, Defendant–**
**Appellant.**

**No. 10–10868**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 6, 2010.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, U.S. Attorney's Office, Miami, FL, Kathleen M. Salyer, William T. Zloch, United States Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, Saul Acuna–Acosta, Miami, FL, for Defendant–Appellant.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Saul Acuna–Acosta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Acuna–Acosta's conviction and sentence are **AFFIRMED.**